IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 1:25-cr-105 |
| v. ) | |
| ) | |
| **HATEM SALEM,** ) | |
| **Defendant.** ) | |

## ORDER

Having considered the Defendant's Motion to Seal Portions of the Position on Sentencing, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and defendant's Position on Sentencing shall be and remain SEALED; and it is

FURTHER ORDERED that the defendant shall file a redacted version of the Position on Sentencing via the CM/ECF system.

It is SO ORDERED.

Dated: July ___, 2025
Alexandria, VA

_____
Hon. Claude M. Hilton
United States District Judge